UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PRINCEWILL DANIELS,

Petitioner,

v.                                              No. 1:26-cv-12090-AK

DAVID WESLING, *et. al*,

Respondents.

### RESPONDENTS' NOTICE OF INTENT TO TRANSFER PETITIONER TO EFFECTUATE REMOVAL

Respondents by and through their attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, respectfully submit this notice of intent to transfer Petitioner to effectuate his removal to Equatorial Guinea on or about the week of August 17, 2026.[1] *See* Exhibit 1, Supplemental Declaration of Acting Unit Chief, Vu Cam, ¶ 9; *see also* ECF No. 7.

Petitioner filed the instant Petition seeking release from ICE custody on May 14, 2026. ECF No. 1. Respondents submitted a response to the Petition on May 21, 2026. ECF No. 14. On May 28, 2026, Respondents moved this Court to vacate its Order Concerning Service of Petition, Stay of Transfer or Removal, and Required Response ("Order"). *See* ECF No. 17. ICE submitted a declaration informing the Court that the agency intended to remove Petitioner to Equatorial Guinea on or about June 16, 2026, absent any stay or temporary restraining order. *See* ECF No. 17-1. On June 10, 2026, this Court directed Petitioner, through his newly obtained counsel, to

---

[1] The exact date of removal is not disclosed in this pleading due to operational security concerns.

reply to Respondents' pleading and the motion to vacate. *See* ECF No. 20. Petitioner filed an opposition to the motion to vacate on June 12, 2026. The Order staying Petitioner's transfer and removal remains in effect while this Court resolves the motion to vacate and the merits of the Petition.[2] *See* ECF No. 23.

On or about June 22, 2026, ICE conducted a Post-Order Custody review of Petitioner's detention and decided to continue his detention because he is considered to be a danger to the community and a flight risk, and the agency's determination that removal is likely to occur in the reasonable foreseeable future. *See* Exhibit 2, Decision to Continue Detention.

Acting Unit Chief Vu Cam attests that ICE intended to remove Petitioner to Equatorial Guinea on or about June 16, 2026, absent any stay or temporary restraining order. Exhibit 1, ¶ 7. Petitioner's acceptance by Equatorial Guinea and placement on the manifest for this charter served as the travel document in the Petitioner's removal. *Id*. Petitioner could not be removed as planned on or about June 16, 2026 because a stay of removal remained in place in the U.S. District Court, District of Massachusetts. *Id*.; ¶ 8. To the best of the declarant's knowledge, this stay of removal was the only impediment to removal of the Petitioner. *See id*. Given Petitioner's continued acceptance, ICE has re-scheduled the Petitioner's removal date to Equatorial Guinea. *Id*.; ¶ 9. ICE intends to remove the Petitioner to Equatorial Guinea on or about the week of August 17, 2026, absent any stay or temporary restraining order. *Id*. The Petitioner's acceptance by Equatorial Guinea and placement on the manifest for this charter continue to serve as the travel document in the Petitioner's removal. *Id*.

---

[2] This Court separately denied Petitioner's motion for temporary restraining order on July 10, 2026. *See* ECF No. 27.

For these reasons, United States Immigration and Customs Enforcement, Enforcement and Removal Operations, provides this Notice to the Court indicating that the agency intends to transfer Petitioner out of Massachusetts to effectuate his removal to Equatorial Guinea on or about the week of August 17, 2026. *See* ECF No. 7.

Dated: August 10, 2026

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:    */s/ Erica McMahon*
Special Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3271
Email: Erica.McMahon@usdoj.gov

## CERTIFICATE OF SERVICE

I, Erica McMahon, Special Assistant United States Attorney, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants.

Dated: August 10, 2026

By: */s/ Erica McMahon*
Special Assistant United States Attorney

3